James M. Donohue, as Receiver, etc., v. City Water Power Company and Others.— Motion for reargument denied. Motion for leave to appeal granted. Order appealed from resettled as indicated in memorandum per

curiam. Order to be settled on notice. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.